

## Office of Institutional Diversity & Equity

Dartmouth College • 6018 Parkhurst Hall • Hanover, New Hampshire 03755-3541
Telephone: (603) 646-3197 • Fax: (603) 646-2516

September 26, 2022

Laura Di Piazza
Executive Assistant to SVP and Senior Diversity Officer
Office of Institutional Diversity and Equity
Dartmouth College
Hanover, NH 03755

Dear Laura,

Thank you for your request for accommodations for your position as Executive Assistant in the Office of Institutional Diversity and Equity at Dartmouth. I appreciate your continued engagement in this process. In our conversations, we have discussed a range of potential accommodations to ensure access in your role, and this letter serves to document the following accommodations.

The following accommodations should be considered effective immediately:

- Performance feedback provided in writing and verbally.
- Communication plan for confirming understanding. Specifically, we have collectively agreed upon a strategy where Laura will summarize information presented verbally into a written list of action items that will be shared with her supervisor for confirmation (typically via email). Laura's supervisor is expected to respond to this written communication if this list is missing a crucial detail or task. Responses may be in writing or verbal as needed. Laura intends to deploy this strategy for verbal communications with more than 2-3 discretely separate tasks or instructions given in a single conversation.
- Access to assistive technology that provides automatic transcripts during presentations and meetings. Currently this can be accomplished via auto-captioning in Zoom and via the Otter.ai software for in-person meetings.
- Permission to create audio recordings of meetings for the purpose of creating personal notes when the above options are not viable. Recordings should be for personal use only and may not be distributed without prior approval from meeting attendees. When possible, permission should be gathered prior to the meeting via consultation with supervisor.

Understanding that this is a new accommodation plan, we should plan a three-month check-in meeting for January 2023 to discuss the effectiveness of these accommodations. Please know that this accommodation plan may be revisited at any time to address changes in your disability status, the potential addition of new accommodations, and/or reconsideration of the effectiveness of current accommodations. You and/or your supervisor may initiate such a discussion with me at any time. If I can be of further assistance, please do not hesitate to contact me at paul.b.harwell@dartmouth.edu.

Sincerely,

Paul Harwell
Associate Director, ADA/504 Compliance
Office of Institutional Diversity and Equity
Parkhurst Hall
Dartmouth College