**Susan Mello**
_____

| | |
|---|---|
| **From:** | Paul B. Harwell <Paul.B.Harwell@dartmouth.edu> |
| **Sent:** | Monday, September 26, 2022 3:54 PM |
| **To:** | Laura Di Piazza |
| **Cc:** | Shontay Delalue |
| **Subject:** | Employee Accommodation Letter |
| **Attachments:** | Di Piazz, L. - Accommodation Letter - Sept 2022.docx |
| | |
| **Importance:** | High |

Hi Laura,

I am writing to share your accommodation letter with you and Shontay (copied). The attached letter includes the accommodations I have previously discussed with you and Shontay.

While it matches our discussions, I ask that you both read it and let me know if you have any questions or concerns. Because your accommodations center around communication I also think it would be useful for you two to set aside time to discuss these accommodations. I am happy to be available to assist that conversation if either, or both, of you think that would be helpful.

I also wanted to point out that while I did not include an expiration date on the accommodations, I did add a note that Laura and I should check-in around January to review the effectiveness of this plan. These are new accommodations and I think it would be wise to touch base in a few months.

I appreciate your time invested in this process and hope you will let me know if you need any other support.

Best,
Paul H.

**Paul Harwell**
Associate Director, ADA/504 Compliance
Institutional Diversity and Equity
Dartmouth College
603-646-3197

1