UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
*******************************
Laura D. Di Piazza,              *
       Plaintiff                 *
                                 *
v.                               *     Case No. 1:24-cv-00163-SE
                                 *
Trustees of Dartmouth College,   *
       Defendant                 *
*******************************
```

## JOINT STATEMENT RE MEDIATION

NOW COME the parties, by and through counsel, and respectfully submit the within Joint Statement Regarding Mediation, stating as follows:

1. The parties have reached agreement on certain terms of a settlement of this case, through private mediation on October 29. Certain terms of the agreement contemplated by the parties remain to be resolved. The parties will advise the Court whether the case has settled on or before November 8, 2024.

Respectfully submitted,
LAURA D. DI PIAZZA
By her attorneys,

/s/ Benjamin T. King
Benjamin T. King, NH Bar #12888
DOUGLAS, LEONARD & GARVEY, P.C.
14 South Street, Suite 5
Concord, NH 03301
(603) 224-1988
benjamin@nhlawoffice.com

Date: November 1, 2024

Respectfully submitted,
TRUSTEES OF DARTMOUTH COLLEGE
By their attorneys,

/s/ K. Joshua Scott
K. Joshua Scott, NH Bar #17479
/s/ Kimberly M.R. Sullivan
Kimberly M.R. Sullivan, NH Bar #266861
JACKSON LEWIS, P.C.
100 International Drive, Suite 363
Portsmouth, NH 03801
(603) 559-2700
joshua.scott@jacksonlewis.com
kimberly.sullivan@jacksonlewis.com

Date: November 1, 2024

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing document was served this date upon all counsel of record via the ECF filing system.

                                          /s/ Benjamin T. King
                                          Benjamin T. King