UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

*******************************
Laura D. Di Piazza,                    *
    Plaintiff                          *
                                          *
v.                                     *   Case No. 1:24-cv-00163-SE
                                          *
Trustees of Dartmouth College,         *
    Defendant                          *
*******************************

### PLAINTIFF'S STATEMENT RE MEDIATION

NOW COMES Plaintiff Laura D. Di Piazza and respectfully submits this Statement Regarding Mediation, stating as follows:

1. The parties are not yet able to advise the Court whether their October 29 mediation has resulted in settlement. The parties will advise the Court as to whether the case has settled, or whether litigation must proceed on or before November 27, 2024.

                              Respectfully submitted,
                              LAURA D. DI PIAZZA
                              By her attorneys,
                              DOUGLAS, LEONARD & GARVEY, P.C.

Date: November 8, 2024        By:   /s/ Benjamin T. King
                                                        Benjamin T. King, NH Bar #12888
                                                          14 South Street, Suite 5
                                                          Concord, NH 03301
                                                          (603) 224-1988
                                                          benjamin@nhlawoffice.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this date upon all counsel of record via the ECF filing system.

                                                          /s/ Benjamin T. King
                                                          Benjamin T. King