UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Laura D. Di Piazza, | \* |
|     Plaintiff | \* |
| | \* |
| v. | \*    Case No. 1:24-cv-00163-SE |
| | \* |
| Trustees of Dartmouth College, | \* |
|     Defendant | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S STATEMENT REGARDING SETTLEMENT STATUS

The parties have reached a settlement agreement.

                      Respectfully submitted,
                      LAURA D. DI PIAZZA
                      By her attorneys,
                      DOUGLAS, LEONARD & GARVEY, P.C.

Date: November 27, 2024       By:   /s/ Benjamin T. King
                                               Benjamin T. King, NH Bar #12888
                                               14 South Street, Suite 5
                                               Concord, NH 03301
                                               (603) 224-1988
                                               benjamin@nhlawoffice.com

### CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served this date upon all counsel of record via the ECF filing system.

                                               /s/ Benjamin T. King
                                               Benjamin T. King