UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
*******************************
Laura D. Di Piazza,              *
      Plaintiff                  *
                                 *
v.                               *      Case No. 1:24-cv-00163-SE
                                 *
Trustees of Dartmouth College,   *
      Defendant                  *
*******************************
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action hereby stipulate that said action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)( ii) and without costs.  All rights of appeal are hereby waived.

| | |
|---|---|
| Respectfully submitted,<br>LAURA D. DI PIAZZA<br>By her attorneys, | Respectfully submitted,<br>TRUSTEES OF DARTMOUTH COLLEGE<br>By their attorneys, |
| /s/ Benjamin T. King<br>Benjamin T. King, NH Bar #12888<br>DOUGLAS, LEONARD & GARVEY, P.C.<br>14 South Street, Suite 5<br>Concord, NH 03301<br>(603) 224-1988<br>benjamin@nhlawoffice.com | /s/ K. Joshua Scott<br>K. Joshua Scott, NH Bar #17479<br>/s/ Kimberly M.R. Sullivan<br>Kimberly M.R. Sullivan, NH Bar #266861<br>JACKSON LEWIS, P.C.<br>100 International Drive, Suite 363<br>Portsmouth, NH 03801<br>(603) 559-2700<br>joshua.scott@jacksonlewis.com<br>kimberly.sullivan@jacksonlewis.com |
| Date:  January 10, 2025 | Date:  January 10, 2025 |

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was served this date upon all counsel of record via the ECF filing system.

                                                   /s/ Benjamin T. King
                                                   Benjamin T. King